PETER R. MERSEREAU, OSB Bar No. 732028
pmersereau@mershanlaw.com
BLAKE H. FRY, OSB Bar No. 100128
bfry@mershanlaw.com
MERSEREAU SHANNON LLP
One S.W. Columbia Street, Suite 1600
Portland, Oregon  97258-2089
Telephone:    (503) 226-6400
Facsimile:    (503) 226-0383

Attorneys for Plaintiff
SUSSMAN SHANK LLP

BONNIE RICHARDSON, OSB NO. 983331
bonnie@farlawfirm.com
ZACHARIAH H. ALLEN, OSB NO. 122729
zach@farlawfirm.com
FOLAWN ALTERMAN & RICHARDSON LLP
805 S.W. Broadway, Suite 470
Portland, Oregon  97205
Telephone:    (503) 517-8200
Facsimile:    (503) 517-8204

Attorneys for Defendants
URI HARKHAM and HARKHAM INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SUSSMAN SHANK LLP, an Oregon limited liability partnership,<br><br>            Plaintiff,<br><br>    v.<br><br>URI HARKHAM; HARKHAM INDUSTRIES, INC., a California Corporation; and DOES 1 through 10,<br><br>            Defendant. | Case No.  3:15-cv-02224-HZ<br><br>**ORDER TO TRANSFER VENUE** |

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

ORDER – CASE NO. 3:15-cv-02224-HZ

## ORDER

This matter is before the Court on the parties' Joint Motion to Transfer Venue pursuant to 28 U.S.C. § 1404. Having reviewed the matter, the motion is hereby GRANTED.

The Clerk is hereby directed to transfer this matter in its entirety to the United States District Court for the Central District of California, Western Division.

IT IS SO ORDERED.

Dated this 10th day of June, 2016

_____
MARCO A. HERNANDEZ
United States District Judge

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

- 2 -

ORDER – CASE NO. 3:15-cv-02224-HZ