1  JOSEPH P. MCMONIGLE, Bar No. 66811
   JESSICA R. MACGREGOR, Bar No. 168777
2  JONATHAN RIZZARDI, Bar No. 244784
   LONG & LEVIT LLP
3  465 California Street, Suite 500
   San Francisco, California  94104
4  Telephone:  (415) 397-2222
   Facsimile:  (415) 397-6392
5  Email:      jmcmonigle@longlevit.com
               jmacgregor@longlevit.com
6              jrizzardi@longlevit.com

7  Attorneys for Plaintiff
   SUSSMAN SHANK LLP
8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

| 12 | SUSSMAN SHANK LLP, an Oregon limited liability partnership, | Case No. 2:16-cv-04347-PSG-SK |
|----|---|---|
| 13 |  | **AMENDED NOTICE OF SETTLEMENT** |
| 14 | Plaintiff, |  |
| 15 | v. | **[LOCAL RULE 40-2]** |
| 16 | URI HARKHAM; HARKHAM INDUSTRIES, INC., a California Corporation; and DOES 1 through 10, |  |
| 17 |  |  |
| 18 | Defendant. | Trial Date: July 11, 2017 |

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

CASE NO. 2:16-CV-04347-PSG-SK
AMENDED NOTICE OF SETTLEMENT

Plaintiff SUSSMAN SHANK LLP, ("Plaintiff") and Defendants URI HARKHAM and HARKHAM INDUSTRIES, INC. ("Defendants") hereby provide notice that the parties have reached a settlement of the above-captioned matter, which will be memorialized in a written Settlement Agreement. The parties respectfully request that the Court vacate the July 11, 2017 trial date, but retain jurisdiction over this matter for 75 days[1] to allow for the finalization of the Settlement Agreement and the entry of an order of dismissal.

Dated: June 26, 2017                           LONG & LEVIT LLP


By: */s/ Jessica R. MacGregor*
JOSEPH P. MCMONIGLE
JESSICA R. MACGREGOR
JONATHAN RIZZARDI
Attorneys for Plaintiff
SUSSMAN SHANK LLP

DOCS\S5070-532\835382.1

---

[1] The original notice of settlement requested that the court retain jurisdiction of this matter for 30 days. This notice has been amended to request that the court retain jurisdiction of this matter for 75 days to cover the agreed upon period of time for the settlement payment to be made and a dismissal filed.

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

1                    CASE NO. 2:16-CV-04347-PSG-SK
AMENDED NOTICE OF SETTLEMENT