E-FILED-7/10/17

JOSEPH P. MCMONIGLE, Bar No. 66811
JESSICA R. MACGREGOR, Bar No. 168777
JONATHAN RIZZARDI, Bar No. 244784
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California  94104
Telephone:   (415) 397-2222
Facsimile:   (415) 397-6392
Email:        jmcmonigle@longlevit.com
              jmacgregor@longlevit.com
              jrizzardi@longlevit.com

Attorneys for Plaintiff
SUSSMAN SHANK LLP

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSSMAN SHANK LLP, an Oregon limited liability partnership,<br><br>          Plaintiff,<br><br>     v.<br><br>URI HARKHAM; HARKHAM INDUSTRIES, INC., a California Corporation; and DOES 1 through 10,<br><br>          Defendant. | Case No. 2:16-cv-04347-PSG-SK<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL<br><br><br><br>Trial Date:  July 11, 2017 |

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

## [~~PROPOSED~~] ORDER OF DISMSSAL

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure 41(a), it is ordered that this action be dismissed, with prejudice, as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs.  The court will retain jurisdiction over the parties to enforce the parties' settlement agreement for a period of sixty days following the court's execution of this order.

Date:  July 10, 2017

## PHILIP S. GUTIERREZ

HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

DOCS\S5070-532\835557.1

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

1

CASE NO. 2:16-CV-04347-PSG-SK
[PROPOSED] ORDER OF DISMISSAL